No. 174. HANSEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Philip J. Lesser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 176. REXACH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Walter L. Newsom, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Meyer Rothwacks,* and *Louis M. Kauder* for the United States.

No. 178. KRAMER *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *John A. Kendrick* for petitioner. *John F. Wilson* for respondent.

No. 183. A. J. INDUSTRIES, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl A. Stutsman, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Robert N. Anderson* for the United States.

No. 185. ATTOCKNIE *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied. *Durward McDaniel* and *David Cobb* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for respondent.

No. 189. JACOBSEN, ADMINISTRATOR *v.* INTERNATIONAL TRANSPORT, INC., ET AL. C. A. 8th Cir. Certiorari denied. *Walter A. Newport, Jr.,* for petitioner. *George E. Wright* for respondents.